**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | The Honorable Sallie Kim<br>U.S. Magistrate Judge | RE: | Miklos Daniel Brody |
| FROM: | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 3:21-mj-70442-MAG-1 |// 
| Date: | December 14, 2021 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Elba Romero                                                                           415-264-5366

**U.S. Pretrial Services Officer**                                **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

    A. The defendant must participate in mental health treatment as directed by Pretrial Services.

    B.

    C.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____          December 15, 2021_____
**JUDICIAL OFFICER**                                          **DATE**
Magistrate Judge Sallie Kim