MORGAN, LEWIS & BOCKIUS LLP
Mark L. Krotoski, Bar No. 138549
mark.krotoski@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
MIKLOS DANIEL BRODY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MIKLOS DANIEL BRODY,<br><br>　　　　　　Defendant. | **Case No. 21-MJ-70442**<br><br>**STIPULATION AND ORDER FOR OUT OF DISTRICT TRAVEL**<br><br>**Court:   Honorable Sallie Kim**<br>　　　　　**U.S. Magistrate Judge** |

　　　　IT IS HEREBY STIPULATED between Mark L. Krotoski, counsel for defendant Miklos Daniel Brody ("Defendant"), and counsel for the United States, Assistant U.S. Attorney Lauren Harding, with the concurrence of U.S. Pretrial Services Officer Elba Romero, that the terms of Defendant's pretrial release shall be temporarily modified to allow the Defendant to travel to South Lake Tahoe (California and Nevada areas) during April 3 to 6, 2022, provided that the Defendant abide by all terms of his release (apart from the modified travel restriction), give his complete

// // //

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND ORDER FOR OUT OF
DISTRICT TRAVEL
CASE NO. 21-MJ-70442

1  itinerary and contact information to U.S. Pretrial Services at least two weeks prior to his departure,

2  and maintain contact with the U.S. Pretrial Services as may be directed.

3  Dated: February 25, 2022             Respectfully submitted,

4                                       STEPHANIE M. HINDS
5                                       Acting United States Attorney

6                                       /s/ Lauren Harding
7                                       LAUREN HARDING
                                        Assistant United States Attorney
8

9  Dated: February 25, 2022             /s/ Mark L. Krotoski
                                        MARK L. KROTOSKI
10                                      Counsel for Defendant Miklos Daniel Brody

11
   **IT IS SO ORDERED**.
12

13
   DATED:  February 28, 2022
14

15                                      _____
16                                      HONORABLE SALLIE KIM
                                        UNITED STATES MAGISTRATE JUDGE
17

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION AND ORDER FOR OUT OF
DISTRICT TRAVEL
CASE NO. 21-MJ-70442